"UNDER SEAL"

FILED
CHARLOTTE, N.C.
MAY 18 2016
U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> 1) MARQUISE BROWN ) <br>    a/k/a "Quez" ) <br>    a/k/a "Short Boy" ) <br>    a/k/a "Key" ) <br> 2) CARLOS BYRD ) <br>    a/k/a "Carlos Boyd" ) <br> 3) CHRISTOPHER DRAYTON ) <br>    a/k/a "CJ" ) <br> 4) CHARLES ERIC FREEMAN ) <br>    a/k/a "Doolittle" ) <br> 5) TYQUISE DEANDRE GRIFFIN ) <br>    a/k/a "Quise" ) <br> 6) AARON JONES ) <br>    a/k/a "Daniel Jones" ) <br> 7) RICHARD KIMBLE ) <br>    a/k/a "Tyrone Richard Kimble" ) <br> 8) KEVIN LAMONT LOGAN ) <br> 9) RODERICK MARTIN ) <br>    a/k/a "Cortez Martin" ) <br>    a/k/a "Bankroll" ) <br> 10) CALIPH DEVON MAYO ) <br> 11) TYLER MCAFEE ) <br>    a/k/a "Five" ) <br>    a/k/a "Five Points" ) <br> 12) MICHAEL TYRONE MOORE ) <br>    a/k/a "Oowee" ) <br> 13) LEVAR WILLIAM MORRIS ) <br> 14) QUINTON JAVON MOSLEY ) <br>    a/k/a "Pig" ) <br> 15) RECO LAMAR MOSLEY ) <br> 16) DANYAIL ANTONIO PEA ) <br>    a/k/a "Lil' A" ) <br> ) | DOCKET NO. 1:16 CR 64 <br><br> **SEALING ORDER** |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Arrest Warrants, Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 18 day of May, 2016.

DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE