

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:16CR64 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| 1) MARQUISE BROWN ) | |
| a/k/a "Quez" ) | |
| a/k/a "Short Boy" ) | |
| a/k/a "Key" ) | |
| 2) CARLOS BYRD ) | |
| a/k/a "Carlos Boyd" ) | |
| 3) CHRISTOPHER DRAYTON ) | |
| a/k/a "CJ" ) | |
| 4) CHARLES ERIC FREEMAN ) | |
| a/k/a "Doolittle" ) | |
| 5) TYQUISE DEANDRE GRIFFIN ) | |
| a/k/a "Quise" ) | |
| 6) AARON JONES ) | |
| a/k/a "Daniel Jones" ) | |
| 7) RICHARD KIMBLE ) | |
| a/k/a "Tyrone Richard Kimble" ) | |
| 8) KEVIN LAMONT LOGAN ) | |
| 9) RODERICK MARTIN ) | |
| a/k/a "Cortez Martin" ) | |
| a/k/a "Bankroll" ) | |
| 10) CALIPH DEVON MAYO ) | |
| 11) TYLER MCAFEE ) | |
| a/k/a "Five" ) | |
| a/k/a "Five Points" ) | |
| 12) MICHAEL TYRONE MOORE ) | |
| a/k/a "Oowee" ) | |
| 13) LEVAR WILLIAM MORRIS ) | |
| 14) QUINTON JAVON MOSLEY ) | |
| a/k/a "Pig" ) | |
| 15) RECO LAMAR MOSLEY ) | |
| 16) DANYAIL ANTONIO PEA ) | |
| a/k/a "Lil' A" ) | |
| ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, and Assistant United States Attorney Thomas Kent for an order directing that the Indictment and Arrest Warrants in the above-captioned case

be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Indictment and Arrest Warrants in the above-captioned case be unsealed.

This 2nd day of June, 2016.

HONORABLE DENNIS L. HOWELL
U.S. MAGISTRATE COURT JUDGE